UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT CAFFREY                                             CIVIL ACTION

VERSUS                                                     NO. 07-3508

JEFFERSON PARISH POLICE,                                   SECTION: "I" (5)
ET AL.

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's §1983 claims against Commissioner Kift and Sheriff Lee are dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this    22nd    day of October, 2007.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE