UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT CAFFREY                                    CIVIL ACTION

VERSUS                                            NUMBER: 07-3508

CAROLINE R. KIFT, ET AL.                          SECTION: "I"  (5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's complaint is dismissed with prejudice for failure to prosecute pursuant to Rule 41(b), Fed.R.Civ.P.

New Orleans, Louisiana, this   3rd   day of January , 2008.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE